UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 2:18 CR 126 |
| ) | |
| ROY BEASLEY ) | |

### O R D E R

Defendant moved to suppress evidence. (DE # 15.) This court referred the matter to Magistrate Judge Joshua P. Kolar for a report and recommendation (DE # 25), who conducted an evidentiary hearing (DE # 28) and subsequently recommended denial of the motion to suppress (DE # 30). The parties were informed that they had 14 days within which to file an objection to the report and recommendation, but that time period has expired and no objections have been filed.

Accordingly, the court now **ADOPTS** the report and recommendation (DE # 30) and **DENIES** the motion to suppress (DE # 15).

**SO ORDERED.**

Date: June 27, 2019

                                   s/James T. Moody
                                   JUDGE JAMES T. MOODY
                                   UNITED STATES DISTRICT COURT